# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-555 PA (SSx) | Date | November 1, 2017 |
|---|---|---|---|
| Title | Andrea Robinson v. Southwest Airlines Co. | | |

Present: The Honorable **PERCY ANDERSON, UNITED STATES DISTRICT JUDGE**

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None    None

**Proceedings:** IN CHAMBERS - ORDER TO SHOW CAUSE

    The Court has received Plaintiff's counsel's Request for Approval of Substitution or Withdrawal of Counsel. (Docket No. 53.) On its own motion, the Court sets a status conference for November 13, 2017 at 10:30 a.m. Counsel for both parties, including both Plaintiff's current counsel and her proposed replacement counsel, and Plaintiff must attend.

    IT IS SO ORDERED.